**DISMISS and Opinion Filed March 18, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00808-CV

### ACE AMERICAN INSURANCE COMPANY, Appellant
### V.
### H&K INTERNATIONAL, INC., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09632**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

We reinstate this appeal which we previously abated for settlement purposes.

The parties have now filed a joint motion to dismiss the appeal based on a settlement and nonsuit of all claims with prejudice in the trial court below. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230808F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ACE AMERICAN INSURANCE
COMPANY, Appellant

No. 05-23-00808-CV          V.

H&K INTERNATIONAL, INC.,
Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-09632.
Opinion delivered by Justice
Reichek. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered March 18, 2024